JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                             )<br>                         Plaintiff,         )<br>                                                             )<br>        vs.                                              )<br>                                                             )<br> ERIC DESHAWN HAYNES,         )<br>                                                             )<br>                         Defendant.      )<br>                                                             ) | NO. CR 07-5777BHS<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE PRETRIAL<br>MOTIONS' DEADLINE |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to January 24, 2008.

DONE this 15th day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Linda R. Sullivan*                                 */s/ Kent Y. Liu*
LINDA R. SULLIVAN                              KENT Y. LIU
Attorney for Defendant                          Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710