UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR07-5777BHS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF STIPULATED MOTION TO CONTINUE TRIAL DATE |
| ERIC DESHAWN HAYNES, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 30th day of January, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington  98402
(253) 593-6710