UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC DESHAWN HAYNES,<br><br>Defendant. | NO. CR07-5777BHS<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

THIS MATTER having come on before the Court on defendant's unopposed Motion to modify conditions of supervised release, and the Court having reviewed the instant motion and the records in this matter,

IT IS HEREBY ORDERED that defendant's conditions of supervised release be modified to allow him to change his residence to reside with his significant other and their newborn baby. All other conditions of release previously set shall remain in effect.

DATED this 9th day of June, 2014

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER MODIFYING CONDITIONS
OF SUPERVISED RELEASE
*United States v. Haynes*, No. CR07-5777BHS     1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710